IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOB THOMPSON, INDIVIDUALLY,
JEREMY THOMPSON, INDIVIDUALLY,
and JOB THOMPSON as Administrator and
Personal Representative of the Estate of
Jane M. Dorn                                                                                       PLAINTIFFS

v.                        Case No. 4:15-cv-00558 KGB

ATLANTIC SPECIALTY INSURANCE COMPANY
d/b/a ONE BEACON INSURANCE                                                        DEFENDANT

## ORDER

Before this Court is plaintiffs Job Thompson, individually and as administrator and personal representative of the estate of Jane M. Dorn, and Jeremy Thompson's motion to dismiss with prejudice (Dkt. No. 11). Defendants Atlantic Specialty Insurance Company filed a response agreeing that the case should be dismissed with prejudice (Dkt. No. 12). Therefore, the motion is granted, and this case is dismissed with prejudice.

It is so ordered this 20th day of June, 2016.

Kristine G. Baker
United States District Judge